UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Petition for Disciplinary Action against Brian Campbell Fischer, a Minnesota Attorney, Registration No. 318097. | 17-mc-23 JRT<br><br>**ORDER OF CONTINUED SUSPENSION** |

Local Rule 83.5 of this Court requires admission to practice before the Minnesota Supreme Court as a prerequisite to admission. By an order of the Minnesota Supreme Court, filed on October 20, 2020, Brian Campbell Fischer, P.O. Box 3134, Duluth, MN 55803 who had been admitted as an attorney and counselor at law, licensed to practice in all the courts in the State of Minnesota, has been suspended from the practice of law before the courts of the State of Minnesota, effective November 3, 2020.

Brian Campbell Fischer has been admitted to practice as an attorney in this Court and has been previously suspended by this Court in case number 17-mc-23 JRT. He currently remains in suspended status before this Court. **IT IS THEREFORE ORDERED**, pursuant to Local Rule 83.6(d) of this Court that Brian Campbell Fischer, remains suspended from the practice of law and shall be ineligible to practice law before this Court during the same period that he is prohibited from practicing law by the Minnesota Supreme Court. If reinstated by the Minnesota Supreme Court, he may apply for reinstatement in this Court.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall serve this Order upon Brian Campbell Fischer, by mail and file proof of such service. This Order shall

- 2 -

serve as the notice of reciprocal discipline that is to be provided by the Clerk of Court pursuant to Local Rule 83.6(i)(1).

DATED: October 21, 2020                      <u>s/John R. Tunheim</u>
at Minneapolis, Minnesota.               JOHN R. TUNHEIM
                                                         Chief Judge
                                    United States District Court