STATE OF MINNESOTA

IN SUPREME COURT

A20-0800



FILED
October 20, 2020
OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Brian Campbell Fischer, a Minnesota Attorney,
Registration No. 0318097.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Brian Campbell Fischer has committed professional misconduct warranting public discipline, namely, failing to adequately communicate with a client, failing to diligently pursue the client's case, failing to inform the client of his suspension, engaging in the unauthorized practice of law, failing to comply with the terms of probation, and failing to cooperate with the Director's investigation, in violation of Minn. R. Prof. Conduct 1.3, 1.4(a)(4), 1.4(b), 3.4(c), 5.5(a), 8.1(b), and 8.4(c), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

Respondent and the Director have entered into a stipulation for discipline. In it, respondent unconditionally admits the allegations of the petition and waives his procedural rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR). The parties jointly recommend that the appropriate discipline is an indefinite suspension with no right to petition for reinstatement for 120 days.

The court has independently reviewed the file and approves the recommended discipline.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Brian Campbell Fischer is indefinitely suspended from the practice of law, effective 14 days from the date of this order, with no right to petition for reinstatement for 120 days.

2. Respondent may petition for reinstatement pursuant to Rule 18(a)–(d), RLPR. Reinstatement is conditioned on successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility, *see* Rule 18(e)(2), RLPR; and satisfaction of continuing legal education requirements, *see* Rule 18(e)(4), RLPR.

3. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated: October 20, 2020            BY THE COURT:

*Natalie E. Hudson* (signature)

Natalie E. Hudson
Associate Justice